AYRES v. VALENTINE.

---

In a judgment creditor's bill, an error in the day of obtaining the judgment and issuing a *fi. fa.* allowed to be amended by interlineation (the day originally in the bill was a *Sunday.*)

---

A judgment creditor's bill, under oath. An error was made in the day on which the judgment was docketted and the *fi. fa.* tested (the month and year were correct.) As

*April 13th,*
1835.

*Practice.*

*Amendment.*

1835.

BLOOMER
v.
SHERMAN.

appeared by the bill, it would seem to have all occurred on a Sunday and a prior motion (for a receiver) had been dismissed upon opposing counsel having found out the error. Application was now made, upon affidavits, to amend, by altering the date to the proper day.

Mr. *W. Silliman,* for the complainant.

Mr. *C. Walker,* contra.

THE VICE-CHANCELLOR:—The application to amend is based upon sufficient affidavits. I had a doubt how far amendment by striking out could be allowed. But here is a clerical error and the effect of what is wanted can be done by an interlineation. Take an order to amend correcting the date by interlineation, without prejudice to the injunction—serving a copy of the bill as amended gratis and paying the costs of the present motion.